No. 90–1636.  DULUTH-SUPERIOR ILA MARINE ASSOCIATION RESTATED PENSION PLAN ET AL. *v.* SEAWAY PORT AUTHORITY OF DULUTH.  C. A. 8th Cir.  Certiorari denied.

No. 90–1642.  BOROUGH OF ROSELLE ET AL. *v.* BROWN, ADMINISTRATRIX AND ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF EVANS; and
No. 90–1680.  BROWN, ADMINISTRATRIX AND ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF EVANS *v.* GRABOWSKI ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–1644.  WHEELER *v.* WHEELER.  Ct. Civ. App. Ala. Certiorari denied.

No. 90–1646.  CONNELL *v.* BANK OF BOSTON ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 90–1650.  DENNISON *v.* COUNTY OF FREDERICK, VIRGINIA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–1658.  HBA EAST LTD. ET AL. *v.* JEA BOXING CO. ET AL.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 90–1660.  SCHAEFER *v.* SUPERIOR COURT OF SAN DIEGO COUNTY (MCCANN, REAL PARTY IN INTEREST).  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 90–1664.  PHILBROOK *v.* ANSONIA BOARD OF EDUCATION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–1665.  KIDDER, PEABODY & CO. INC. *v.* MAXUS ENERGY CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–1691.  ALTON & SOUTHERN RAILWAY CO. *v.* GRIMMING.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 90–1702.  GREGG POTATO SALES, INC. *v.* LANDIS BROTHERS.  C. A. 8th Cir.  Certiorari denied.